UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-158-DMG (GJSx)** | Date | October 16, 2020 |

Title   *Louis Geiger, et al. v. Charter Communications, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Rhonda H. Wills | J. Scott Carr |

**Proceedings: Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement [147]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court and counsel confer. Following discussions with counsel, Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement [Doc. # 147] is GRANTED for the reasons stated on the record. The Court requests that Plaintiffs' counsel arrange for the Settlement Administrator to set up a website where information related to this class action settlement can be viewed by class members. Plaintiffs' counsel shall file with the Court and upload a copy of the motion for fees and service awards onto the website. A written order will issue.

The Court will provide counsel with its revisions to the class notice. Counsel shall file a final version of the class notice on the docket. Plaintiffs' motion for final approval of class action settlement shall be filed by January 8, 2021 and the hearing on the motion for final approval will be held on **January 29, 2021 at 10:00 a.m.**[1]

:22

---

[1] At the hearing, the Court mistakenly gave different dates for the hearing and the deadline for filing the motion for final approval. Those dates have been corrected here and in the preliminary approval order filed concurrently herewith.