Rhonda H. Wills
California Bar No. 323435
rwills@rwillslawfirm.com
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

ATTORNEY FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS GEIGER, CHRISTINA GOMEZ, AMANDA HAYNES, PRISCILLA ESCARCEGA, and GARA BOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and TWC ADMINISTRATION LLC,<br><br>Defendants. | CASE NO. 2:18-CV-00158-DMG-GJS<br><br>Hon. Dolly M. Gee<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:        January 29, 2021<br>Time:        10:00 a.m.<br>Courtroom:   8C |

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 29, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Louis Geiger, Christina Gomez, Amanda Haynes, and Gara Booten, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") will, and hereby do, move this Court for an order granting final approval of a proposed class action settlement between Plaintiffs and Defendants Charter Communications, Inc., Charter Communications, LLC, Spectrum Management Holding Company, LLC, and TWC Administration LLC, (hereinafter, "Defendants" or "Charter").

The Motion will be based on this Notice; the Memorandum of Points and Authorities served and filed herewith; the Declaration of Rhonda H. Wills, filed herewith; all pleadings, papers, and records on file; and such oral and documentary evidence as may be presented prior to and at the hearing on this matter.

DATED: January 8, 2021                Respectfully submitted,

*/s/ Rhonda H. Wills*
Rhonda H. Wills
California Bar No. 323435
rwills@rwillslawfirm.com
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

ATTORNEY FOR PLAINTIFFS

# **PROOF OF SERVICE**

I certify pursuant to 28 U.S.C. § 1746 that on January 8, 2021, I served the foregoing document as follows:

*Via ECF (Electronic Filing)*
J. SCOTT CARR
JOSEPH W. OZMER II
KRISTAPOR VARTANIAN
ATTORNEYS FOR DEFENDANTS

*/s/ Rhonda H. Wills*
Rhonda H. Wills