UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 18-158-DMG (GJSx)** | Date January 29, 2021 |
| Title *Louis Geiger, et al. v. Charter Communications, Inc., et al.* | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Rhonda H. Wills | J. Scott Carr |

**Proceedings: PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS [157]**

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT [159]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court GRANTS the above-entitled motions for the reasons stated on the record. Written orders will issue.

:09